UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN SETH HARPER,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ROBINSON, et al.,<br><br>Defendants. | Case No. 1:21-cv-01364-EPG<br><br>ORDER REQUESTING RESPONSE FROM KINGS COUNTY SHERIFF'S OFFICE REGARDING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>(ECF No. 3)<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE THE KINGS COUNTY SHERIFF AND KINGS COUNTY COUNSEL WITH A COPY OF THIS ORDER AND PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF NO. 3) |

Plaintiff Jonathan Seth Harper ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the complaint commencing this action on September 13, 2021. (ECF No. 1.) The complaint generally alleges that the Kings County Jail's mail policy regarding *pro se* indigent inmates is unconstitutional and Kings County Jail staff confiscated Plaintiff's legal papers during a search of his cell on July 7, 2021. (*See id.*) On September 13, 2021, Plaintiff also filed a motion for temporary restraining order and injunction which, among other things, seeks to

compel Kings County Jail to reverse the legal mail policy and return Plaintiff's legal papers. (ECF No. 3.)

While the complaint has not yet been screened, because of the nature of Plaintiff's allegations, the Court will request a response from the Kings County Sheriff's Office to Plaintiff's motion for temporary restraining order and injunction.

Accordingly, IT IS HEREBY REQUESTED that, within twenty-one (21) days from the date of service of this order, the Kings County Sheriff's Office file a response to Plaintiff's motion for temporary restraining order and preliminary injunction. The Kings County Sheriff's Office is further requested to serve Plaintiff with a copy of its response. Plaintiff may file a reply in support of the motion within seven (7) days of service of the response.

Additionally, IT IS HEREBY ORDERED that the Clerk of Court is directed to serve the Kings County Sheriff's Office and the Kings County Counsel with a copy of this order and a copy of Plaintiff's motion for temporary restraining order and preliminary injunction (ECF No. 3).

IT IS SO ORDERED.

Dated:   **September 15, 2021**         /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE