UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN SETH HARPER,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ROBINSON, et al.,<br><br>Defendants. | Case No. 1:21-cv-01364-JLT-EPG (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 15) |

Plaintiff Johnathan Seth Harper ("Plaintiff") is a pretrial detainee[1] proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the complaint commencing this action on September 13, 2021. (ECF No. 1) On November 17, 2021, the Court screened the complaint and found that it failed to state any cognizable claims as it failed to comply with Federal Rule of Civil Procedure 8. (ECF No. 10.) The Court gave Plaintiff thirty days to either "a. File a First Amended Complaint that is no longer than twenty-five (25) pages, including exhibits; or b. Notify the Court in writing that he wants to stand on his complaint." (*Id*. at 18-19.) On December 9, 2021, Plaintiff filed a notice stating that he wanted to stand on his complaint. (ECF No. 13.)

///

---

[1] Plaintiff does not state if he is a pretrial detainee or sentenced prisoner. Given that Plaintiff is incarcerated at Kings County Jail, the Court screened Plaintiff's complaint with the assumption that Plaintiff is a pretrial detainee.

1

1  On December 28, 2021, the Court entered findings and recommendations recommending that this action be dismissed for failure to state a claim consistent with the November 17, 2021 screening order. (ECF No. 15.) Plaintiff was provided an opportunity to file objections to the findings and recommendations. (*Id*.) On January 21, 2021, Plaintiff filed his objections. (ECF No. 17.) On January 24, 2022, the Court entered an order granting Plaintiff leave to amend. (ECF No. 18.)  The Court's order explained that it was not vacating the December 28, 2021 findings and recommendations but may do so if Plaintiff filed an amended complaint. (*Id.* at 3.)

On February 28, 2022, Plaintiff filed a First Amended Complaint. (ECF No. 19.) In light of the First Amended Complaint, the Court will vacate the findings and recommendations entered on December 28, 2021, and will screen Plaintiff's First Amended Complaint in due course.[2]

Accordingly, IT IS HEREBY ORDERED that the findings and recommendations entered on December 28, 2021 (ECF No. 15) are VACATED.

IT IS SO ORDERED.

Dated:  **March 16, 2022**           /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

[2] The December 28, 2021 findings and recommendations also recommended that Plaintiff's pending motion for injunctive relief (*see* ECF Nos. 3, 12) be denied. Thus the Court will also separately reissue findings and recommendations addressing this motion.