1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    JOHNATHAN SETH HARPER,                    Case No.  1:21-cv-01364-JLT-EPG (PC)

12              Plaintiff,                       ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS TO DISMISS
13         v.                                    ACTION FOR FAILURE TO STATE A
                                                 CLAIM
14    DAVID ROBINSON, *et al.*,
                                                 (Doc. 30)
15              Defendants.

16

17

18         The assigned magistrate judge entered findings and recommendations that this action be

19   dismissed for failure to state a claim. (Doc. 30.) Plaintiff filed objections to the findings and

20   recommendations. (Doc. 31.)

21         According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the

22   case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court

23   concludes that the magistrate judge's findings and recommendations are supported by the record

24   and by proper analysis. Thus, the **IT IS ORDERED** that:

25         1.  The findings and recommendations issued on July 13, 2022 (Doc. 30) are

26             **ADOPTED in full**.

27         2.  Plaintiff's first amended complaint (Doc. 19) is **DISMISSED** for failure to state a

28             cognizable claim upon which relief may be granted; and

                                                 1

1        3.  The Clerk of Court is directed to close this case.

2

3 IT IS SO ORDERED.

4    Dated:   **September 4, 2022**

                                  UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28