UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN SETH HARPER,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID ROBINSON, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:21-cv-01364-JLT-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(ECF No. 36)<br><br>DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT |

Johnathan Seth Harper ("Plaintiff") is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action was dismissed (ECF No. 32), and Plaintiff appealed (ECF No. 34). Plaintiff filed an application to proceed *in forma pauperis* (ECF No. 36) along with his notice of appeal, which is now before the Court.

The Court will deny Plaintiff's application as moot. "A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless: (A) the district court--before or after the notice of appeal is filed--certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or (B) a statute provides otherwise." Fed. R. App. P. 24(a)(3)(A)-(B). Here, Plaintiff's application to proceed *in forma pauperis* was granted on September 15, 2021. (ECF No. 5). The

1

Court has not certified that Plaintiff's appeal is not taken in good faith. Additionally, Plaintiff has not cited to, and the Court is not aware, of any statute providing that Plaintiff needs further authorization to proceed *in forma pauperis* on appeal. Thus, Plaintiff may proceed *in forma pauperis* on appeal without further authorization.

However, nothing in this order prevents the United States Court of Appeals for the Ninth Circuit or the assigned district judge from revoking Plaintiff's *in forma pauperis* status on appeal if it is determined that the appeal is frivolous or taken in bad faith.

Accordingly, IT IS ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 36) is DENIED as moot; and
2. The Clerk of Court is directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:  **September 20, 2022**             /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE