UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN SETH HARPER,<br>Plaintiff,<br>v.<br>DAVID ROBINSON, et al.,<br>Defendants. | Case No. 1:21-cv-01364-JLT-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR A COPY OF THE RECORD<br><br>(ECF No. 39)<br><br>ORDER DIRECTING CLERK TO SERVE PLAINTIFF WITH A COPY OF: PLAINTIFF'S FIRST AMENDED COMPLAINT (ECF NO. 19), PLAINTIFF'S OBJECTION TO MAY 27 2022 SCREENING ORDER (ECF NO. 29), THE FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF THIS ACTION (ECF NO. 30), PLAINTIFF'S OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS (ECF NO. 31), AND THE ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS (ECF NO. 32) |

Plaintiff Johnathan Seth Harper ("Plaintiff") is a pretrial detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This case was dismissed on September 6, 2022. (ECF Nos. 32 & 33). On September 19, 2022, Plaintiff filed a notice of appeal. (ECF No. 34). On October 6, 2022, Plaintiff filed an *ex parte* application for a copy of the record (ECF No. 39), which is now before the Court.

In his application, Plaintiff asserts that he does not possess a copy of anything in the

record other than recent notices regarding the appeal. Plaintiff argues that he needs a copy of the record to consult so that he can file an intelligent opening brief and reply brief. Plaintiff alleges that he has largely been prevented from obtaining copies of documents before filing them with the Court, and that he has experienced multiple instances of his cell being ransacked and theft by Sheriff personnel.

Ninth Circuit Rule 30-3 provides that in appeals brought by prisoners proceeding *pro se*, the Clerk of Court shall provide, upon written request, copies of documents comprising the excerpts of record for the purpose of preparing briefs on appeal. Such copies will be produced at no charge for prisoners proceeding *in forma pauperis*. Circuit Rule 30-3.

Plaintiff does not identify any documents in the record that he needs in order to file his brief(s) on appeal. Nevertheless, the Court will grant Plaintiff's motion and direct the Clerk of Court to provide Plaintiff with what appear to be the relevant records.

Accordingly, IT IS ORDERED that the Clerk of Court is directed to send Plaintiff a copy of: Plaintiff's First Amended Complaint (ECF No. 19), Plaintiff's objection to May 27 2022 screening order (ECF No. 29), the findings and recommendations recommending dismissal of this action (ECF No. 30), Plaintiff's objections to the findings and recommendations (ECF No. 31), and the order adopting the findings and recommendations (ECF No. 32).

IT IS SO ORDERED.

Dated: **October 7, 2022**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE