**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNATHAN SETH HARPER,<br><br>Plaintiff,<br><br>v.<br><br>DAVID ROBINSON, et al.,<br><br>Defendants. | No. 1:21-cv-1364 JLT EPG (PC)<br><br>Appeal No. 22-16450<br><br>ORDER REGARDING *IN FORMA PAUPERIS* STATUS ON APPEAL AND DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT<br>(Doc. 41) |

On September 6, 2022, the Court dismissed the action with prejudice. (Doc. 32.) On September 19, 2022, Plaintiff appealed this Court's decision. (Doc. 34.) The Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal, or whether the status should be revoked. (Doc. 41.)

As the Court noted in its order dismissing this action, Plaintiff failed "to state a cognizable claim upon which relief may be granted" in his First Amended Complaint. (Doc. 32 at 1.) Although Plaintiff was provided with the applicable legal standards, and received an opportunity to amend his complaint, he failed to cure the pleading defects identified by the Court. Rather, Plaintiff continued to offer only conclusory, disjointed allegations that were insufficient to support his claims. Because Plaintiff failed to state a cognizable claim and did not cure the defects when granted an opportunity, the Court now finds the appeal is frivolous. Accordingly,

1

the Court **ORDERS**:

1. The appeal is declared frivolous.
2. Pursuant to 28 U.S.C. § 1915(a)(3), Plaintiff is not entitled to proceed *in forma pauperis* in Appeal No. 22-16450.
3. Pursuant to Federal Rule of Appellate Procedure 24(a)(4), this order serves as notice to the parties and the United States Court of Appeals for the Ninth Circuit of the finding that Plaintiff is not entitled to proceed *in forma pauperis* for this appeal.
4. The Clerk of Court is directed to serve a copy of this order on the parties and the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:   **November 15, 2022**

UNITED STATES DISTRICT JUDGE

2